IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 95-40773
Conference Calendar
_____


UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

RODERICK KENYARDEN TAYLOR,

                                        Defendant-Appellant.


- - - - - - - - - -
Appeal from the United States District Court
for the Eastern District of Texas
USDC No. 1:95-CR-59
- - - - - - - - - -
April 16, 1996

Before  DUHÉ, DeMOSS, and DENNIS, Circuit Judges.

PER CURIAM:[*]

     Roderick Kenyarden Taylor appeals his sentence for misprision of a felony.  He argues that he was effectively denied his right to counsel during the presentence interview.  This argument is without merit.  See United States v. Bounds, 985 F.2d 188, 194 (5th Cir.), cert. denied, 114 S. Ct. 135 (1993).  Taylor also argues that the district court erred by refusing to adjust his offense level for acceptance of responsibility.  In light of the district court's findings -- Taylor denied his criminal

_____

     [*] Pursuant to Local Rule 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in Local Rule 47.5.4.

involvement during the presentence interview and Taylor understood the interview questioning -- and in light of the deferential standard of review, the district court did not clearly err.  See United States v. Vital, 68 F.3d 114, 121 (5th Cir. 1995).

AFFIRMED.